UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CREDIT MANAGEMENT, LP, et al., | ) | |
|     Defendant, | ) | CASE NO. 3-09-CV-1497-G |
| | | |
| NELSON WILSON, et al., | ) | |
|     Counter Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CRAIG CUNNINGHAM | ) | |
|     Counter Defendant, | ) | |
| | | |
| CREDIT MANAGEMENT, LP, | ) | |
|     Cross Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CRAIG CUNNINGHAM, | ) | |
|     Cross Defendant. | ) | |

## **ORDER**

The District Court referred this case to the United States Magistrate Judge for pretrial management. Plaintiff's Motion for Leave to Amend Local Rule 7.1 ("Motion," doc. 32) and Defendants' Response ("Response," doc. 42) are before the Court for consideration. A reply is not required. Plaintiff, who is proceeding pro se, seeks to have this Court amend the Local Rules which require a certificate of conference for certain pleadings.

Plaintiff's Motion is **DENIED**. Plaintiff is hereby ordered to comply with all of the Local Rules of Court, the Federal Rules of Civil Procedure, and to read *Dondi Props. Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and pay particular attention to the discussion

regarding proper utilization of Local Rule 7.1(a).

    IT IS SO ORDERED, December 9, 2009.


                                              PAUL D. STICKNEY
                                              UNITED STATES MAGISTRATE JUDGE