UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ) | Craig Cunningham |
| ) | Plaintiff, Pro-se |
| ) | |
| ) | **v.**  **CIVIL ACTION NO.** 3-09-CV-1497-G |
| ) | |
| ) | Credit Management L.P. |
| ) | et al |
| ) | Defendants. |

**<u>Plaintiff's Motion for Leave</u>**

On the Plaintiff/Defendant's Motion for leave

Having considered the Plaintiff/Defendant's  motion for leave and any opposition filed
and finding good cause,  the court orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____                                    _____

Date                                                 Judge/Magistrate