IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-1497-G |
| | ) | |
| CREDIT MANAGEMENT LP et al | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court for consideration are Plaintiff's "First Motion to Join Additional Defendants" (doc. 107), Plaintiff's "Motion to Compel Discovery and Initial Disclosures, the Return of Plaintiff's USB drive, and Motion for Sanctions" (doc. 124); Plaintiff's Motion to Strike Defendant CMI's Motion for Summary Judgment (doc. 122); Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (doc. 130); Plaintiff's Second Motion to Join Additional Defendants" (Doc. 166), and Defendants' Motion to Compel Responses to Defendants' Subpoena Duces Tecum" (Doc. 170).

### Documents 107 & 166 - Plaintiff's Motions to Join Additional Defendants

The Motions are **DENIED**. The Motions were untimely filed and Plaintiff has not shown that the persons requested to be added as defendants could not have been timely ascertained with proper diligence.

**Document 170** - The Motion is **DENIED**. The Court's Order specified that Plaintiff is only required to turn over articles *submitted* for publication. Defendants have provided no proof that the requested material has been submitted for publication.

All other motions are **DENIED**.

**SO ORDERED**, September 1, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE