UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-1497-G (BF) |
| CREDIT MANAGEMENT, L.P., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the individual defendants' motion for summary judgment on plaintiff's claims (docket entry 69) and the defendant Credit Management ("CMI")'s motion for summary judgment on plaintiff's claims (docket entry 113) are **GRANTED**; that the plaintiff's motion for summary judgment (docket entry 115) is **DENIED**; and that the plaintiff take nothing against the defendants on his claims in this case.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's motion for summary judgment on the defendants' counterclaims (docket entry 80) is **GRANTED** and the defendants' motion for summary judgment on their counterclaims (docket entry 114) is **DENIED**; and that the defendants take nothing from the plaintiff on their counterclaims in this case.

September 27, 2010.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**