Robbie Malone
State Bar No. 12876450
Robbie Malone, PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas    75231
214.346.2625 (Direct Dial)
214.346.2631 (Fax)
rmalone@rmalonelaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
|     PLAINTIFF, | § | |
| | § | CASE NO. 3-09CV1497-G |
| v. | § | |
| | § | |
| CREDIT MANAGEMENT, LP, JAMES | § | |
| HAWKINS, STEVE BROCKETT, | § | |
| NELSON WILSON, JOHN/JANE | § | |
| DOES 1-35, TRAVELERS CASUALTY | § | |
| AND SURETY COMPANY OF AMERICA | § | |
|     DEFENDANTS. | § | |

## PROPOSED ORDER

On this day the Court considered Defendant's Motion to Place Funds in the Registry of the Court or to Award to Defendant as Fees. For the reasons articulated in Defendant's Motion, the Court finds that the fees should be awarded as attorney fees to Defendant and Defendant may keep the funds in its possession.

IT IS THEREFORE ORDERED that Defendants' Motion to Place Funds in the Registry of the Court or to Award to Defendant as Fees is GRANTED and any relief not specifically granted herein is denied.

Signed on ____ day of _____, 2010.

_____
PRESIDING JUDGE