IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:09-cv-1497-G (BF) |
| | § | |
| CREDIT MANAGEMENT, L.P., et al. | § | |
| | § | |
| Defendants. | § | |

## FINAL ORDER

The District Court referred Defendant Credit Management, LP's Motion to Place Funds in the Registry of the Court or to Award to Defendant as Fees (doc. 185) to the United States Magistrate Judge for determination.

The Court issued an Order on May 10, 2010 granting Defendant's Motion for Sanctions against the Plaintiff for discovery abuse (doc. 157). In order to assess the amount of attorney fees Plaintiff would be required to pay Defendant for such discovery abuse, the Court also ordered Defendants to submit an account of expenses. Defendant submitted an Account of Expenses (doc. 159) on May 14, 2010. However, the Court never issued a final order relating to the attorney fees. Plaintiff sent two money orders, totaling $1,115.00, to Defendant's counsel, who has yet to execute them.

On September 27, 2010, the District Court accepted the Findings and Recommendations of the United States Magistrate Judge and entered a Final Judgment for Defendants. The ruling did not address the subject of attorney fees relating to the May 10, 2010 Order.

The Court finds the expenses of $1,115.00 to be reasonable. Accordingly, Defendant's Motion (doc. 185) is GRANTED. The Court awards Defendant Credit Management, LP $1,115 in

attorney fees for the Plaintiff's discovery abuse relating to the May 10, 2010 Order.

    SO ORDERED, November 15, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE