UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:09-CV-1497-G (BF) |
| CREDIT MANAGEMENT, L.P., ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion for reconsideration (docket entry 187) is **DENIED**.

**SO ORDERED**.

November 16, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**